

TO REUSE: Mark through all previous shipping labels and barcodes.

ORIGIN ID:JSNA   (859) 494-3677
DOUGLAS BATH
4240 LOST HILLS RD APT 2101
AGOURA HILLS, CA 91301
UNITED STATES US

SHIP DATE: 07MAY25
ACTWGT: 1.25 LB
CAD: 6571793/RGSA2630

TO  ATT: CLERK
UNITED STATES DISTRICT COURT
101 BARR ST

LEXINGTON KY 40507
(859) 233-2503



FedEx
Express

**E**

8810 9332 6940

XN LEXA

THU – 08 MAY 10:30A
PRIORITY OVERNIGHT
DSR
40507
KY-US   SDF

# Reusable
# Sturdy Pak
## Recycle me.

PRIORITY OVERNIGHT
557-4070

Align bottom of peel-and-stick airbill or pouch here.



**FedEx** ®

New paks are only for FedEx Express® shipments.
Reuse for any FedEx® shipment.

You can help us get your package safely to its destination
by packing your items securely. Need help? Go to
fedex.com/packaging for packing tips.

Check your FedEx shipping document, the current FedEx
Service Guide, or the conditions of carriage for complete
terms, conditions, and limits of liability.

© 2023 FedEx 150949 REV 11/23

PAP 21

Please reuse; then recycle. See how we're connecting the world in
responsible and resourceful ways at fedex.com/sustainability.

Back of Envelope

Made from 100%
recycled paperboard

Scan to learn how we
can help make Earth
a priority together.

Open this end after first use.
01/31/25

Pull to open.

99150949